IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McGHEE TONY DUCLOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFF LYNCH, et al.,<br><br>　　　　Defendants. | No. 2:23-CV-1000-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion, ECF No. 5, for an extension of time to resolve the fee status for this case. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to his current placement in administrative segregation and separation from his legal paperwork, Plaintiff's motion will be granted.

　　　　Accordingly, IT IS HEREBY ORDERED as follows:

　　　　1.　　Plaintiff's motion, ECF No. 5, for an extension of time is granted.

　　　　2.　　Plaintiff shall resolve the fee status for this case within 30 days of the date of this order.

Dated: June 29, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE