1
2
3
4
5
6
7
8            **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    McGHEE TONY DUCLOS,                      No.  2:23-CV-1000-DMC-P

12                    Plaintiff,

13         v.                                  ORDER

14    JEFF LYNCH, et al.,

15                    Defendants.

16

17            Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.   Pending before the Court is Plaintiff's motion to proceed in forma pauperis.

19    See ECF No. 7.  Plaintiff has submitted a declaration that makes the showing required by 28

20    U.S.C. § 1915(a).  Plaintiff's request to proceed in forma pauperis is, therefore, granted.

21            The sufficiency of Plaintiff's complaint and service thereof will be addressed

22    separately.

23            IT IS SO ORDERED.

24

25    Dated:  July 14, 2023

26                                             _____
                                               DENNIS M. COTA
27                                             UNITED STATES MAGISTRATE JUDGE

28

1