IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McGHEE TONY DUCLOS,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFF LYNCH, et al.,<br><br>    Defendants. | No. 2:23-CV-1000-DMC-P<br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion, ECF No. 21, for an extension of time to file a first amended complaint. Good cause appearing therefor, Plaintiff's motion will be granted.

        Accordingly, IT IS HEREBY ORDERED as follows:

        1.    Plaintiff's motion for an extension of time, ECF No. 21, is GRANTED.

        2.    Plaintiff's first amended complaint, ECF No. 22, is deemed timely.

        3.    The sufficiency of Plaintiff's first amended complaint will be addressed by separate order.

Dated: May 14, 2024

                            _____
                            DENNIS M. COTA
                            UNITED STATES MAGISTRATE JUDGE