1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    McGHEE TONY DUCLOS,                    No.  2:23-CV-1000-DC-DMC-P

12              Plaintiff,

13        v.                                 <u>ORDER</u>

14    J. GREGORY, et al.,

15              Defendants.

16

17              Plaintiff, a prisoner proceeding pro se, brings this civil action.   The parties have

18    filed a stipulation of voluntary dismissal.  Because the stipulation has been signed by all parties

19    who have appeared, leave of Court is not required and the action is dismissed on the parties'

20    notice.  <u>See</u> Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is directed to close this file.

21              IT IS SO ORDERED.

22

23    Dated:  March 6, 2025

24                                           _____
                                             DENNIS M. COTA
25                                           UNITED STATES MAGISTRATE JUDGE

26

27

28

                                             1